UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBRU SEN<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE,<br><br>                              Respondent. | Case No.:  26-cv-3114-CAB-AHG<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS** |

Petitioner Ebru Sen, an immigration detainee proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  The Court **DISMISSES** the petition on two grounds.

First, a petition for a writ of habeas corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. *See* S.D. Cal. CivLR 3.2; see also R. 1(b), 3(a), Rules Governing Section 2254 Cases (2019).  Petitioner has not paid the filing fee or moved to proceed in forma pauperis.

Second, a habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023).  On April 22, 2026, the Court dismissed a previous petition filed by Petitioner.  [*See* Case No. 3:26-cv-1901-CAB-VET at Doc. No. 3.]  The

26-cv-3114-CAB-AHG

pending Petition provides no new information or grounds for relief that were not raised in the previous petition this Court decided.

The Court therefore **DISMISSES** the Petition.  <u>The Clerk of the Court shall close the case.</u>

It is **SO ORDERED.**

Dated: May 28, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

26-cv-3114-CAB-AHG